**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| BACARRA MAULDIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 2:26-cv-02567-TLP-atc |
| v. | ) | |
| | ) | JURY DEMAND |
| MEMPHIS AREA TRANSIT AUTHORITY | ) | |
| and CITY OF MEMPHIS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER OF RECUSAL**

The Court hereby recuses itself in the above-captioned matter and respectfully

**DIRECTS** the Clerk to reassign this case to another United States District Judge for all further

proceedings.

**SO ORDERED** this 20th day of May, 2026.

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE