IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

BACARRA MAULDIN,

Plaintiff / Counter-Defendant

vs. Case No. 2:26-cv-02567-SHL-atc

MEMPHIS AREA TRANSIT AUTHORITY

Defendant / Counter-Plaintiff

and CITY OF MEMPHIS

Defendant.

*Removed from Shelby County Chancery Court*
*Docket CH-26-0512-1*

***JOINT STIPULATION OF VOLUNTARIY DISMISSAL WITHOUT PREJUDICE OF COMPLAINT AND COUNTER-COMPLAINT***

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Bacarra Mauldin as Plaintiff and Memphis Area Transit Authority and City of Memphis as Defendants; as well as Memphis Area Transit Authority as Counter-Plaintiff and Bacarra Mauldin as Counter-Defendant jointly stipulate that the above-captioned action filed by Plaintiff and the Counterclaims filed by Memphis Area Transit Authority shall be voluntarily dismissed without prejudice.

**RESPECTFULLY SUBMITTED** this 10th day of September 2026.

*s/ Kenneth Margolis*
Kenneth Margolis #22906
5050 Poplar Ave., Suite 1632
Memphis, TN 38157
Telephone: (901) 405-3031
kmargolis@margolis-law.com
*Attorney for Bacarra Mauldin*
*Plaintiff / Counter-Defendant*

*s/ Frank L. Day, Jr*
Frank L. Day, Jr. #25345.
Sarah Rhodes, #41611
Ford Harrison, LLC
1715 Aaron Brenner Drive, Suite 200
Memphis, TN 38120
Tel: 901 / 291-1500
fday@fordharrison.com
srhodes@fordharrison.com
*Counsel for MATA*
*Defendant / Counter-Plaintiff*

/s/Kelsey W. McKiney
Bruce McMullen, # 18126
Kelsey W. McKinney. #40434
Alexis C. Hivner, #42399
165 Madison Avenue, Suite 2000
Memphis, TN 38103
bmcmullen@bakerdonelson.com
kmckinney@bakerdonelson.com
ahivner@bakerdonelson.com
*Counsel for City of Memphis*
*Defendant*