**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| BACARRA MAULDIN,<br>Plaintiff,<br><br>v.<br><br>MEMPHIS AREA TRANSIT AUTHORITY (MATA) and CITY OF MEMPHIS,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:26-cv-02567-SHL-atc |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Defendants' Notice of Removal (ECF No. 1), filed May 18, 2026,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Voluntary Dismissal Without Prejudice of Complaint and Counter-Complaint (ECF No. 35), filed September 10, 2026, all claims by Plaintiff against Defendants and all counterclaims by Memphis Area Transit Authority (MATA) against Plaintiff are **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

September 11, 2026
Date